# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: ORCHESTRA THERAPEUTICS INC. | § | Case No. 08-10131-LA7 |
| | § | |
| THE IMMUNE RESPONSE CORPORATION | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 13, 2008. The undersigned trustee was appointed on September 08, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of $ 50,003.11

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 15,601.21 |
| Bank service fees | 87.04 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 34,314.86 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 12/28/2010 and the deadline for filing governmental claims was 04/11/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,750.12. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $5,750.12 as interim compensation and now requests the sum of $0.00, for a total compensation of $5,750.12. [2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $172.53 and now requests reimbursement for expenses of $0.00, for total expenses of $172.53.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/03/2011 By:/s/Richard M Kipperman, Ch. 7 Trustee
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

2 If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

Exhibit A



# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-10131-LA7
**Case Name:** ORCHESTRA THERAPEUTICS INC.

**Period Ending:** 08/03/11

**Trustee:** (007900) Richard M Kipperman, Ch. 7 Trustee
**Filed (f) or Converted (c):** 10/13/08 (f)
**§341(a) Meeting Date:** 03/04/09
**Claims Bar Date:** 12/28/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | SILICON VALLEY CHECKING<br>ACCT: 3300530994<br>5/19/09 (rn) filed abandonment | 4,000.00 | 4,000.00 | OA | 0.00 | FA |
| 2 | SECURITY DEPOSIT<br>Brandywine Realty<br>660 Allendale Rd, King of Prussia, PA<br>5/19/09 (rn) filed abandonment | 30,000.00 | 30,000.00 | OA | 0.00 | FA |
| 3 | SECURITY DEPOSIT<br>Brandywine Realty<br>660 Allendale Rd, King of Prussia, PA<br>5/19/09 (rn) filed abandonment | 35,000.00 | 35,000.00 | OA | 0.00 | FA |
| 4 | INTELLECTUAL PROPERTY - AUTOIMMUNE PROGRAM<br>5/19/09 (rn) filed abandonment | 450,000.00 | 450,000.00 | OA | 0.00 | FA |
| 5 | INTELLECTUAL PROPERTY HIV PROGRAM<br>PUBLISC SHELL<br>5/19/09 (rn) filed abandonment | 325,000.00 | 325,000.00 | OA | 0.00 | FA |
| 6 | 1986 CHEVROLET TRUCK C20<br>5/19/09 (rn) filed abandonment | 500.00 | 500.00 | OA | 0.00 | FA |
| 7 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br>Located: 680 Allendale Rd, King of Prussia, PA<br>5/19/09 (rn) filed abandonment | 50,000.00 | 50,000.00 | OA | 0.00 | FA |
| 8 | EQUIPMENT<br>Located: 680 Allendale Rd, King of Prussia, PA<br>5/19/09 (rn) filed abandonment | 750,000.00 | 750,000.00 | OA | 0.00 | FA |
| 9 | ALL ASSETS KNOWN AND UNKNOWN (u)<br>per NIA, docket #69, sold all right, title & interest to all assets of debtor, order docket #74 | Unknown | Unknown | | 50,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.11 | Unknown |
| 10 | **Assets** **Totals** (Excluding unknown values) | **$1,644,500.00** | **$1,644,500.00** | | **$50,003.11** | **$0.00** |

Exhibit A



# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-10131-LA7
**Case Name:** ORCHESTRA THERAPEUTICS INC.

**Period Ending:** 08/03/11

**Trustee:** (007900) Richard M Kipperman, Ch. 7 Trustee
**Filed (f) or Converted (c):** 10/13/08 (f)
**§341(a) Meeting Date:** 03/04/09
**Claims Bar Date:** 12/28/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

CLAIMS WORK; FINAL FEE APPS

**Initial Projected Date Of Final Report (TFR):** June 1, 2009 **Current Projected Date Of Final Report (TFR):** December 31, 2011

Exhibit B

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 08-10131-LA7
**Case Name:** ORCHESTRA THERAPEUTICS INC.

**Taxpayer ID #:** 33-0255679
**Period Ending:** 08/03/11

**Trustee:** Richard M Kipperman, Ch. 7 Trustee (007900)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-58829042-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/24/11 | {9} | David W. Brody Trust Acct, for Spencer Trask | Purchase of assets per NIA | 1229-000 | 50,000.00 | | 50,000.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.24 | | 50,000.24 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.27 | | 50,001.51 |
| 04/05/11 | | To Account #92005882904266 | To Write Checks | 9999-000 | | 5,000.00 | 45,001.51 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.48 | | 45,001.99 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 45,002.37 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 45,002.73 |
| 07/20/11 | | From Account #92005882904266 | Close to Minimize Estate Accounts. | 9999-000 | 1,182.00 | | 46,184.73 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 46,185.11 |
| 08/01/11 | 1001 | Richard M Kipperman, Ch. 7 Trustee | Trustee's fees $5,750.12, costs $172.53 | | | 5,922.65 | 40,262.46 |
| | | | Trustee's fees 5,750.12 | 2100-000 | | | 40,262.46 |
| | | | Trustee's costs 172.53 | 2200-000 | | | 40,262.46 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 87.04 | 40,175.42 |
| 08/02/11 | 1002 | R. Dean Johnson, CPA<br>7801 Mission Center Ct.<br>Suite 200<br>San Diego, CA 92108 | Accountant's fees $5,094.00, costs $266.56 | | | 5,360.56 | 34,814.86 |
| | | | Accountant's fees 5,094.00 | 3410-000 | | | 34,814.86 |
| | | | Accountant's costs 266.56 | 3420-000 | | | 34,814.86 |
| 08/02/11 | 1003 | R. Dean Johnson, CPA<br>7801 Mission Center Ct.<br>Suite 200<br>San Diego, CA 92108 | Remainder of accountant's fees | 3410-000 | | 500.00 | 34,314.86 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **51,185.11** | **16,870.25** | **$34,314.86** |
| Less: Bank Transfers | 1,182.00 | 5,000.00 | |
| **Subtotal** | **50,003.11** | **11,870.25** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$50,003.11** | **$11,870.25** | |

{} Asset reference(s)

Exhibit B

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 08-10131-LA7
**Case Name:** ORCHESTRA THERAPEUTICS INC.

**Taxpayer ID #:** 33-0255679
**Period Ending:** 08/03/11

**Trustee:** Richard M Kipperman, Ch. 7 Trustee (007900)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-58829042-66 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/05/11 | | From Account #92005882904265 | To Write Checks | 9999-000 | 5,000.00 | | 5,000.00 |
| 04/05/11 | 101 | Franchise Tax Board | Form 100 12/2008 CA#1584265 | 2820-000 | | 1,037.00 | 3,963.00 |
| 04/05/11 | 102 | Franchise Tax Board | Form 100 12/2009 CA#1584265 | 2820-000 | | 1,099.00 | 2,864.00 |
| 04/05/11 | 103 | Franchise Tax Board | Form 100 12/2010 CA#1584265 | 2820-000 | | 882.00 | 1,982.00 |
| 04/05/11 | 104 | Franchise Tax Board | Form 100ES 12/2011 CA#1584265 | 2820-000 | | 800.00 | 1,182.00 |
| 07/20/11 | | To Account #92005882904265 | Close to Minimize Estate Accounts. | 9999-000 | | 1,182.00 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **5,000.00** | **5,000.00** | **$0.00** |
| Less: Bank Transfers | 5,000.00 | 1,182.00 | |
| **Subtotal** | **0.00** | **3,818.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$3,818.00** | |

| | |
|---|---|
| Net Receipts : | 50,003.11 |
| Net Estate : | $50,003.11 |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **MMA # 9200-58829042-65** | **50,003.11** | **11,870.25** | **34,314.86** |
| **Checking # 9200-58829042-66** | **0.00** | **3,818.00** | **0.00** |
| | **$50,003.11** | **$15,688.25** | **$34,314.86** |

# Claims Register

## Case: 08-10131-LA7 ORCHESTRA THERAPEUTICS INC.

Claims Bar Date: 12/28/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Internal Revenue Service<br><5300-00 Wages>, 510 | Priority<br>10/13/08 | | $0.00<br>$1,528.46 | $0.00 | $1,528.46 |
| | Internal Revenue Service<br><5300-00 Wages>, 510 | Priority<br>10/13/08 | | $0.00<br>$9,098.00 | $0.00 | $9,098.00 |
| | Internal Revenue Service<br><5300-00 Wages>, 510 | Priority<br>10/13/08 | | $0.00<br>$527.70 | $0.00 | $527.70 |
| | Employment Development Dept.<br>P.O. Box<br>Sacramento, CA 94230-6276<br><5300-00 Wages>, 510 | Priority<br>10/13/08 | | $0.00<br>$956.47 | $0.00 | $956.47 |
| | PA UC Fund<br><5300-00 Wages>, 510 | Priority<br>10/13/08 | | $0.00<br>$17.52 | $0.00 | $17.52 |
| | Pennsylvania Dept of Revenue<br><5300-00 Wages>, 510 | Priority<br>10/13/08 | | $0.00<br>$672.34 | $0.00 | $672.34 |
| | Employment Development Dept.<br>P.O. Box<br>Sacramento, CA 94230-6276<br><5300-00 Wages>, 510 | Priority<br>10/13/08 | | $0.00<br>$173.90 | $0.00 | $173.90 |
| | PA UC Fund<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>10/13/08 | | $0.00<br>$1,241.88 | $0.00 | $1,241.88 |
| | Internal Revenue Service<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>10/13/08 | | $0.00<br>$196.34 | $0.00 | $196.34 |
| | Internal Revenue Service<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>10/13/08 | | $0.00<br>$2,256.30 | $0.00 | $2,256.30 |
| | Internal Revenue Service<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>10/13/08 | | $0.00<br>$527.70 | $0.00 | $527.70 |
| | Employment Development Dept.<br>P.O. Box<br>Sacramento, CA 94230-6276<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>10/13/08 | | $0.00<br>$653.60 | $0.00 | $653.60 |

# Claims Register

## Case: 08-10131-LA7 ORCHESTRA THERAPEUTICS INC.

Claims Bar Date: 12/28/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | XO Communications, Inc.<br>Attn: Brad Lee<br>105 Molloy St., Ste. 300<br>Nashville, TN 37201<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/17/08 | | $1,319.63<br>$1,319.63 | $0.00 | $1,319.63 |
| 2 | FEDEX CUSTOMER INFORMATION SERVICES<br>ATTN: REVENUE RECOVERY/BANKRUPTCY<br>3965 AIRWAYS BLVD., MODULE G, 3RD FLR<br>MEMPHIS, TN 38116<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/08/08 | | $2,045.45<br>$2,045.45 | $0.00 | $2,045.45 |
| 3 | XO Communications, Inc.<br>Attn: Brad Lee<br>105 Molloy St., Ste. 300<br>Nashville, TN 37201<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/02/09 | | $1,319.63<br>$1,319.63 | $0.00 | $1,319.63 |
| 4 | ULine<br>220 S. Lakeside Drive<br>Walkegan, IL 60085<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/12/10 | | $183.84<br>$183.84 | $0.00 | $183.84 |
| 5 | Airgas East<br>27 Northwestern Drive<br>Salem, NH 03079<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/12/10 | | $4,523.96<br>$4,523.96 | $0.00 | $4,523.96 |
| 6 | IKON Financial Services<br>Bankruptcy Administration<br>PO Box 13708<br>Macon, GA 31208-3708<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/12/10 | | $40,368.31<br>$40,368.31 | $0.00 | $40,368.31 |
| 7 | Jensen, Fred DVM<br>7835 Rush Rose Dr., #110<br>Carlsbad, CA 92009<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/12/10 | | $2,458.20 *<br>$2,458.20 | $0.00 | $2,458.20 |
| 8 | Montgomery Occupational Health<br>1301 Powell St; P.O. Box 992<br>Norriston, PA 19404<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/15/10 | | $917.10<br>$917.10 | $0.00 | $917.10 |

(*) Denotes objection to Amount Filed

# Claims Register

## Case: 08-10131-LA7 ORCHESTRA THERAPEUTICS INC.

Claims Bar Date: 12/28/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | CTME, Ltd<br>49 Latchmere Rd,<br>Kingston-Upon-Thames<br>United Kingdom,<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/15/10 | | $7,530.75<br>$7,530.75 | $0.00 | $7,530.75 |
| 10 | Tri-Ad<br>221 West Crest St., Suite 300<br>Escondido, CA 92025-1737<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/18/10 | | $1,685.00<br>$1,685.00 | $0.00 | $1,685.00 |
| 11 | UGI Energy Services, Inc.<br>One Meridian Boulevard, Suite 2C01<br>Wyoming, PA 19610<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/18/10 | | $47,486.49<br>$47,486.49 | $0.00 | $47,486.49 |
| 12 | Charles River Laboratories<br>251 Ballardvale Street<br>Wilmington, MA 01887-1000<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/18/10 | | $3,055.00<br>$3,055.00 | $0.00 | $3,055.00 |
| 13 | Specialized Transportation, Inc<br>5001 US Highway 30 West<br>Fort Wayne, IN 46818<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/19/10 | | $433.47<br>$433.47 | $0.00 | $433.47 |
| 14 | Bartholomew, Richard<br>13883 Freeport Road<br>San Diego, CA 92129<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/21/10 | | $19,650.00<br>$19,650.00 | $0.00 | $19,650.00 |
| 14P | Bartholomew, Richard<br>13883 Freeport Road<br>San Diego, CA 92129<br><5300-00 Wages>, 510 | Priority<br>10/21/10 | | $10,950.00 *<br>$6,739.72 | $0.00 | $6,739.72 |
| 15 | Ottawa Health Research Institute<br>725 Parkdale Ave.<br>Ottowa, 4E9<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/29/10 | | $142,321.76<br>$142,321.76 | $0.00 | $142,321.76 |
| 16 | Levit Zacks Accounting<br>701 B Street, Suite 1300<br>San Diego, CA 92101<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/08/10 | | $124,611.19<br>$124,611.19 | $0.00 | $124,611.19 |

(*) Denotes objection to Amount Filed

# Claims Register

## Case: 08-10131-LA7 ORCHESTRA THERAPEUTICS INC.

Claims Bar Date: 12/28/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 17 | Santello, Sharon<br>631 Spring Mill Avenue<br>Conshohocken, PA 19428<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/09/10 | | $28,500.00<br>$28,500.00 | $0.00 | $28,500.00 |
| 17P | Santello, Sharon<br>631 Spring Mill Avenue<br>Conshohocken, PA 19428<br><5300-00 Wages>, 510 | Priority<br>11/09/10 | | $10,950.00 *<br>$7,248.89 | $0.00 | $7,248.89 |
| 17P | Santello, Sharon<br>631 Spring Mill Avenue<br>Conshohocken, PA 19428<br><5400-00 Contributions to Employee Benefit Plans>, 520 | Priority<br>11/09/10 | | $480.00<br>$480.00 | $0.00 | $480.00 |
| 18 | SciLucent<br>585 Grove Street, Suite 300<br>Herndon, VA 20170<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/01/10 | | $38,243.75<br>$38,243.75 | $0.00 | $38,243.75 |
| 19 | Smith, David R.<br>212 N. Aberdeen Avenue<br>Wayne, PA 19087<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/01/10 | | $51,671.00<br>$51,671.00 | $0.00 | $51,671.00 |
| 19P | Smith, David R.<br>212 N. Aberdeen Avenue<br>Wayne, PA 19087<br><5300-00 Wages>, 510 | Priority<br>12/01/10 | | $10,950.00 *<br>$7,248.89 | $0.00 | $7,248.89 |
| 19P | Smith, David R.<br>212 N. Aberdeen Avenue<br>Wayne, PA 19087<br><5400-00 Contributions to Employee Benefit Plans>, 520 | Priority<br>12/01/10 | | $1,434.00<br>$1,434.00 | $0.00 | $1,434.00 |
| 20 | State of Delaware, Division of Corporations<br>401 Federal St., Ste. 4<br>Dover, DE 19901<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/10/10 | 3304 | $315,845.57<br>$315,845.57 | $0.00 | $315,845.57 |
| 21 | Prudential Life Insurance<br>P.O. Box 101241<br>Atlanta, GA 30392-1241<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/23/10 | | $179.32<br>$179.32 | $0.00 | $179.32 |

(*) Denotes objection to Amount Filed

# Claims Register

## Case: 08-10131-LA7 ORCHESTRA THERAPEUTICS INC.

Claims Bar Date: 12/28/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 22 | Chamberlain Communications<br>111 Broadway, 19th Floor<br>New York, NY 10006<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/28/10 | | $42,929.27<br>$42,929.27 | $0.00 | $42,929.27 |
| 23 | Theofan, Georgia<br>7075 Cantaberra Court<br>San Diego, CA 92129<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/30/10 | | $28,175.00<br>$28,175.00 | $0.00 | $28,175.00 |
| 23P | Theofan, Georgia<br>7075 Cantaberra Court<br>San Diego, CA 92129<br><5300-00 Wages>, 510 | Priority<br>12/30/10 | | $3,542.00 *<br>$2,180.11 | $0.00 | $2,180.11 |
| 24 | Bowne<br>P.O. Box 79358<br>City of Industry, CA 91716-9358<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/21/10 | | $39,312.72<br>$39,312.72 | $0.00 | $39,312.72 |
| ACCT-E | R. Dean Johnson, CPA<br>7801 Mission Center Ct.<br>Suite 200<br>San Diego, CA 92108<br><3420-00 Accountant for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>10/13/08 | | $266.56<br>$266.56 | $266.56 | $0.00 |
| ACCT-F | R. Dean Johnson, CPA<br>7801 Mission Center Ct.<br>Suite 200<br>San Diego, CA 92108<br><3410-00 Accountant for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>10/13/08 | | $5,594.00<br>$5,594.00 | $5,594.00 | $0.00 |
| CTCHGS | CLERK<br>UNITED STATES BANKRUPTCY COURT<br>325 WEST F ST<br>SAN DIEGO, CA 92101<br><2700-00 Clerk of the Court Costs (includes adversary and other filing fees)>, 200 | Admin Ch. 7<br>10/13/08 | | $260.00<br>$260.00 | $0.00 | $260.00 |
| TTEE-E | Richard M Kipperman, Ch. 7 Trustee<br>P.O. BOX 3010<br>LA MESA, CA 91944-3010<br><2200-00 Trustee Expenses>, 200 | Admin Ch. 7<br>10/13/08 | | $172.53<br>$172.53 | $172.53 | $0.00 |

(*) Denotes objection to Amount Filed

# Claims Register

## Case: 08-10131-LA7 ORCHESTRA THERAPEUTICS INC.

Claims Bar Date: 12/28/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| TTEE-F | Richard M Kipperman, Ch. 7 Trustee<br>P.O. BOX 3010<br>LA MESA, CA 91944-3010<br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>10/13/08 | | $5,750.12<br>$5,750.12 | $5,750.12 | $0.00 |
| | | | | **Case Total:** | **$11,783.21** | **$988,208.23** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 08-10131-LA7
Case Name: ORCHESTRA THERAPEUTICS INC.
Trustee Name: Richard M Kipperman, Ch. 7 Trustee

**Balance on hand:** $ 34,314.86

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 34,314.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

Total to be paid for chapter 7 administration expenses: $ 260.00
Remaining balance: $ 34,054.86

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 34,054.86

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $43,181.82 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | PA UC Fund | 1,241.88 | 0.00 | 0.00 |
| | Internal Revenue Service | 196.34 | 0.00 | 0.00 |
| | Internal Revenue Service | 2,256.30 | 0.00 | 0.00 |
| | Internal Revenue Service | 527.70 | 0.00 | 0.00 |
| | Employment Development Dept. | 653.60 | 0.00 | 0.00 |
| 14P | Bartholomew, Richard | 10,950.00 | 0.00 | 10,246.77 |

| | | | | |
|---|---|---|---|---|
| 17P | Santello, Sharon | 10,950.00 | 0.00 | 10,246.78 |
| 17P | Santello, Sharon | 480.00 | 0.00 | 0.00 |
| 19P | Smith, David R. | 10,950.00 | 0.00 | 10,246.78 |
| 19P | Smith, David R. | 1,434.00 | 0.00 | 0.00 |
| 23P | Theofan, Georgia | 3,542.00 | 0.00 | 3,314.53 |

Total to be paid for priority claims: $ 34,054.86
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 944,766.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | XO Communications, Inc. | 1,319.63 | 0.00 | 0.00 |
| 2 | FEDEX CUSTOMER INFORMATION SERVICES | 2,045.45 | 0.00 | 0.00 |
| 3 | XO Communications, Inc. | 1,319.63 | 0.00 | 0.00 |
| 4 | ULine | 183.84 | 0.00 | 0.00 |
| 5 | Airgas East | 4,523.96 | 0.00 | 0.00 |
| 6 | IKON Financial Services | 40,368.31 | 0.00 | 0.00 |
| 7 | Jensen, Fred DVM | 2,458.20 | 0.00 | 0.00 |
| 8 | Montgomery Occupational Health | 917.10 | 0.00 | 0.00 |
| 9 | CTME, Ltd | 7,530.75 | 0.00 | 0.00 |
| 10 | Tri-Ad | 1,685.00 | 0.00 | 0.00 |
| 11 | UGI Energy Services, Inc. | 47,486.49 | 0.00 | 0.00 |
| 12 | Charles River Laboratories | 3,055.00 | 0.00 | 0.00 |
| 13 | Specialized Transportation, Inc | 433.47 | 0.00 | 0.00 |
| 14 | Bartholomew, Richard | 19,650.00 | 0.00 | 0.00 |
| 15 | Ottawa Health Research Institute | 142,321.76 | 0.00 | 0.00 |
| 16 | Levit Zacks Accounting | 124,611.19 | 0.00 | 0.00 |
| 17 | Santello, Sharon | 28,500.00 | 0.00 | 0.00 |
| 18 | SciLucent | 38,243.75 | 0.00 | 0.00 |
| 19 | Smith, David R. | 51,671.00 | 0.00 | 0.00 |
| 20 | State of Delaware, Division of Corporations | 315,845.57 | 0.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| 21 | Prudential Life Insurance | 179.32 | 0.00 | 0.00 |
| 22 | Chamberlain Communications | 42,929.27 | 0.00 | 0.00 |
| 23 | Theofan, Georgia | 28,175.00 | 0.00 | 0.00 |
| 24 | Bowne | 39,312.72 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00